**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 10-00005 VAP(DTBx)                              Date:  February 11, 2010

Title:        ALEX P. TIMPLE -v- DEUTSCHE BANK BERKSHIRE MORTGAGE, INC., et al.
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

     Marva Dillard                                              None Present
     Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                  DEFENDANTS:

     None                                                              None

PROCEEDINGS:     MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

     Plaintiff Alex Timple ("Plaintiff") filed this action in the California Superior Court, San Bernardino County, on November 30, 2009.  Plaintiff personally served the summons and Complaint on December 2, 2009.  On January 4, 2010, Defendants Deutsche Bank National Trust Company and OneWest Bank, FSB ("Defendants") removed this action to this Court on the basis of federal question jurisdiction.  On January 8, 2010, Defendants filed a motion to dismiss ("Motion") and noticed a hearing date of February 22, 2010.  On February 3, 2010, Plaintiff filed a First Amended Complaint.

MINUTES FORM 11                                              Initials of Deputy Clerk ___md____
CIVIL -- GEN                              Page 1

**EDCV 10-00005 VAP(DTBx)**
ALEX P. TIMPLE v DEUTSCHE BANK BERKSHIRE MORTGAGE, INC,; et al.
MINUTE ORDER of February 11, 2010

    Plaintiff was entitled to amend his Complaint as a matter of course until January 25, 2010. Fed. R. Civ. P. 12(a)(1). After that date, Plaintiff was required to obtain leave of Court or consent of the opposing party in order to amend his Complaint. Fed. R. Civ. P. 12(a)(2). Plaintiff has not sought leave of Court to amend his Complaint, nor is there any evidence that he has obtained Defendant's consent. The Court nevertheless, in the interests of justice, exercises its discretion and grants Plaintiff leave to file a First Amended Complaint, and accepts the First Amended Complaint as filed.

    Plaintiff's First Amended Complaint contains claims for (1) wrongful foreclosure; (2) violation of California's Unfair Competition Law; and (3) unjust enrichment. Each of Plaintiff's claims is based wholly in California state law. Accordingly, the Court finds that no claim in the First Amended Complaint arises under federal law, and REMANDS the action to the California Superior Court, San Bernardino County.

    **IT IS SO ORDERED.**